Willis S. McCornick, Appellant, v. Charles E. Berner and George R. Davidson, Doing Business under the Firm Name of C. E. Berner & Company, Respondents.

— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant, if so advised, to apply for a re execution of the commission. No opinion.

Ella M. A. Stevens, as Executrix, etc., of Charles Ellis Stevens, Deceased, in Behalf of Herself and All Other Creditors of Episcopal Church History Company Who May Join in This Action and Share the Expenses Thereof, Appellant, v. Episcopal Church History Company and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Uvalde Asphalt Paving Company, Respondent, v. National Trading Company and Paul C. Grening, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John A. Zerega, Respondent, v. Stock Quotation Telegraph Company, Appellant, Impleaded with Morgan J. O'Brien.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Hargrave, Appellant, v. New York Contracting Company, Pennsylvania Terminal, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edwin Dumble, Appellant, v. Hyman D. Baker, Respondent, Impleaded with Mary Ehrmann.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Fahey, Individually and as Administratrix, etc., of Patrick Fahey, Deceased, Respondent, v. Thomas F. Lynch, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Francis G. Blinn. The People of the State of New York v. John J. Baumeister. The People of the State of New York v. Mayer Washer.— Motions denied on condition that appellants have their appeals ready for argument at the April term.